| Case Number: | 19-20464-WIL | Debtor(s): | LEON GARRETT WORTHY, JR. |
|---|---|---|---|
| Petition Filing Date: | 8/5/2019 | | |
| Plan Filing Date: | 9/3/2019 | Counsel: | PRO SE - DEBTOR |
| First Payment: | 9/4/2019 | Phone #: | 0000000000 |
| Confirmation Date and Time: | 10/15/2019 10:00 AM | E-Mail: | PRO SE - DEBTOR |

| | | | |
|---|---|---|---|
| First Meeting Date and Time: | Sep 19 2019 9:30AM | First Meeting Complete? | Concluded |
| ☑ Photo ID & SSN Verified | | Continued 341 Date: | 1/1/1900 |
| Prior Bkys | ☐ No  ☑ Yes | Continued Confirmation Date: | 1/1/1900 |
| Present Creditors: | | ☑ CH7 D/C | ☑ CH13 Year Filed D/M |

| | |
|---|---|
| Performance: | Mtge to be pd<br>No pp |
| Income/DI: | W2 income verified<br>D to have 2 tenants, looking for 3rd tenant; one to move in Oct/bal. in Nov., $500 rent each |
| Tax/Refund History: | NEED to file 2018 fed & state TRs w/n 2-wks<br>Missing pg 2 of each fed./state TRs<br>D usually gets MD refund & owe fed. (about $1,200 ea. yr.) |
| Expense Verification: | $323 Chrysler-NEED p/o date<br>Two 401k loans-NEED p/o date(s) |
| Chapter 7 Liqudation: | RE: Bland Dr.-NEED Zillow - per Ttee's research RE may have foreclosed per Zillow, Redfin est. $261,345<br>Ch. 7 test TBD |
| Amended Plan: | TX all s/c (including possible car claim)<br>paras. 5.1. & 7 checked for claim; none listed |
| Amended Schedules: | C-100% for residence-T'ee objects<br>D-add Westlake (car) |
| Motion/Objections: | |
| Other: | Single<br>D to hire bk atty |

Meeting Conducted By: Brian Tucci, Esquire

Reviewed By: Brian Tucci, Esquire

Reviewed Date: 9/27/19

| | | | | | |
|---|---|---|---|---|---|
| Date and Time: | 1/1/1900 | 1St Conf Hearing: | 10/15/2019 10:00 AM | E-mailed | ☐ Yes ☐ No |
| Petition Filing Date: | 8/5/2019 | Bar Date: | 11/28/2019 | No. of Hearings | _____ |
| Case Number: | 19-20464-WIL | | | | |
| Debtor(s) Name: | | LEON GARRETT WORTHY, JR. | Counsel: | PRO SE - DEBTOR | |
| | | | Phone nunber | 0000000000 | |
| Cont. 341 Date: | 1/1/1900 | | 1st 341 Date | Sep 19 2019 9:30AM | |

| Plan # | | Term of Plan: | 60 | Convert from 7  ☐ YES  ☐ NO | Conversion Date: |
|---|---|---|---|---|---|
| Scheduled Monthly Payment: | | Payments Due | | Total Plan Payment Due: | $ |
| Gross Funding | $60000.00 | Balance on Hand less Trustee fee: | $0.00 | Def Amt =$0 | |
| Default as of | _____ | DI=$ | | # of Pay (____) | CMI _____ |